# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al., | No. CV-90-00369-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | |

Pending before the Court is Defendants Phoenix Union High School District No. 210 and Phoenix Union High School District Governing Board's Unopposed Motion for Expedited Consideration of Stipulation to Amend Consent Decree (Doc. 102) and the parties' Stipulation to Amend Consent Decree (Doc. 100).

One of the law firms representing Plaintiffs is Perkins Coie LLP. One of this Court's new term law clerks has accepted employ with Perkins Coie next year. That law clerk has been walled off and prevented from any knowledge or access to this case. Should the parties have any concerns about this arrangement, they should be raised with the Court immediately.

Dated this 29th day of November, 2021.

_____
G. Murray Snow
Chief United States District Judge