IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Phoenix Union High School District No. 210, et al.,<br><br>　　　　Defendants. | No. CV-90-00369-PHX-GMS<br><br>**ORDER** |

Before the Court is the Maricopa County Defendants' Motion for Emergency Hearing and Direction from the Court (Doc. 121).

**IT IS ORDERED** granting the Motion (Doc. 121).

**IT IS FURTHER ORDERED** setting an emergency hearing on Defendants' Motion for **October 17, 2024, at 10:00 a.m**., in Courtroom 602, Sandra Day O'Connor U. S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

Dated this 16th day of October, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge