RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: Thomas P. Liddy (Bar No. 019384)
Joseph E. La Rue (Bar No. 031348)
Rosa Aguilar (Bar No. 037774)
Deputy County Attorneys
liddyt@mcao.maricopa.gov
laruej@mcao.maricopa.gov
aguilarr@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

*Attorneys for Maricopa County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, Dr. George Brooks, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega-Rosales, Samuel Peter Ramirez, Fernando Ruiz, Pastor Warren Stewart and Winston Tease,<br><br>Plaintiffs,<br><br>vs.<br><br>Phoenix Union High School District No. 210, Judith Pettit, Mary Price, David Wood, Linda LaFoy and Scot Butler, III, in their official capacities as members of the Governing Board of Phoenix Union High School District No. 210, Sandra E. Dowling, in her official capacity as Maricopa County School Superintendent, Maricopa County, Maricopa County Board Of Supervisors, and Betsey Bayless, Jim Bruner, Carole Carpenter, Tom Freestone and Ed Pastor, in their official capacities as members of the Maricopa County Board of Supervisors,<br><br>Defendants. | No. CV-90-0369-PHX-GMS<br><br>**MARICOPA COUNTY DEFENDANTS' NOTICE OF SUBSTITUTION** |

NOTICE IS HEREBY GIVEN that Thomas P. Liddy and Rosa Aguilar, Deputy County Attorneys of the Maricopa County Attorney's Office, Civil Services Division, are substituted in place of Emily M. Craiger and Dean M. Wolcott as attorneys of record for the Maricopa County Defendants in the above-entitled matter. Deputy County Attorney Joseph E. La Rue will remain as attorney of record for the Maricopa County Defendants.

Please send copies of all minute entries, orders, pleadings, and other correspondence to the following address:

>Thomas P. Liddy
>Joseph E. La Rue
>Rosa Aguilar
>Deputy County Attorneys
>Maricopa County Attorney's Office
>Civil Services Division
>225 West Madison Street
>Phoenix, Arizona 85003
>liddyt@mcao.maricopa.gov
>laruej@mcao.maricopa.gov
>aguilarr@mcao.maricopa.gov
>ca-civilmailbox@mcao.maricopa.gov

RESPECTFULLY SUBMITTED this 16th day of October, 2024.

>RACHEL H. MITCHELL
>MARICOPA COUNTY ATTORNEY
>
>BY: */s/ Rosa Aguilar*
>THOMAS P. LIDDY
>JOSEPH E. LA RUE
>ROSA AGUILAR
>Deputy County Attorneys
>*Attorneys for the Maricopa County Defendants*

. . .

. . .

. . .

. . .

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served a copy by email on Plaintiffs' counsel, with a courtesy copy to the Honorable Danielle Viola, as follows.

Honorable G. Murray Snow
Chief United States District Judge
Snow_chambers@azd.uscourts.gov

Paul F. Eckstein
Perkins Coie
2525 E. Camelback Road
Suite 500
Phoenix, Arizona 85016-4227
peckstein@perkinscoie.com

Daniel Ortega
Ortega Law Firm
361 E. Coranado Road
Suite 101
Phoenix, Arizona 85004
danny@ortegalaw.com

*Counsel for Plaintiffs*

Andrew Pappas
Osborn Maledon
2929 N. Central Ave.
Suite 2000
Phoenix, Arizona 85012
apappas@omlaw.com
*Counsel for Phoenix Union High School District No. 210*

**Additional Counsel Listed for Plaintiffs:**

Percy L. Julian, Jr.
JULIAN, OLSON & LASKER, S.C.
330 East Wilson Street
Madison, Wisconsin

. . .

1  Kevin J. Lanigan
   Sarah R. Allen
2  ARIZONA CENTER FOR LAW
   IN THE PUBLIC INTEREST
3  363 North First Avenue, Suite 100
4  Phoenix, Arizona 85003

5  Julius L. Chambers
6  NAACP LEGAL DEFENSE & EDUCATIONAL FUND
   99 Hudson Street, 16th Floor
7  New York, New York 10013

8  Theodore M. Shaw
9  Patrick O. Patterson
   NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
10 315 West Ninth Street, Suite 208
   Los Angeles, California 90015
11

12 Gary L. Lassen
   Ernest Calderon
13 John J. Egbert
14 JENNINGS, STROUSS & SALMON
   Two North Central Avenue
15 Phoenix, Arizona 85004-2393

16 */s/ M. Delgado*
17
18
19
20
21
22
23
24
25
26
27
28