# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al., | No. CV-90-00369-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | |

The Court held an emergency hearing on October 17, 2024 in response to Defendant Maricopa County's Motion for Hearing or Conference (Doc. 121). At the hearing, the Court decided the following:

(1) The four existing candidates in the election for the Phoenix Union High School District Governing Board may obtain counsel of their choice to advise them in this matter. All reasonable attorneys' fees incurred by the candidates and arising in the district court proceeding from this matter shall be paid and/or reimbursed by Maricopa County. Because the election and the preservation of the rights of the interested persons require the candidates to act swiftly in doing so, the Court requests the parties to expediently obtain the advice of counsel, well in advance of next week's hearing.

(2) A hearing in this matter shall be set for October 24, 2024 at 2:00 p.m.

(3) At the hearing, the parties and/or the candidates will address:

   a. Whether the four candidates must be joined as parties to this lawsuit pursuant to Fed. R. Civ. P. 19 or otherwise, or whether those candidates will

consent to becoming parties.

   b. If any interested person or party seeks to enjoin the election for the at-large positions to the Phoenix Union High School District Governing Board, and, if so, how they would overcome concerns enumerated in *Purcell v. Gonzalez,* 549 U.S. 1, 7 (2006).

   c. Their preferred remedy in this matter, and

   d. If the remedy ends up being a special election, any arguments about necessary procedures in the conduct of the election and their position about district governance pending the election;

 (4) The Phoenix Union High School District will have available the demographic data about the District produced in the last re-districting process at the October 24 hearing.

  **IT IS HEREBY ORDERED** setting a hearing for **October 24, 2024 at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U. S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

  **IT IS FURTHER ORDERED** the parties may brief the issues in advance of the hearing, but in any event, shall be prepared to discuss at the hearing their positions in accordance with this Order.

  **IT IS FURTHER ORDERED** Maricopa County shall ensure that the four existing candidates in the election for the Phoenix Union High School District Governing Board will be served with and informed of this order.

  Dated this 17th day of October, 2024.

_____
G. Murray Snow
Chief United States District Judge