D. Andrew Gaona (028414)
Austin C. Yost (034602)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5486
agaona@cblawyers.com
ayost@cblawyers.com

*Attorneys for Non-Party Aden Ramirez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, Dr. George Brooks, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega-Rosales, Samuel Peter Ramirez, Fernando Ruiz, Pastor Warren Stewart and Winston Tease, | No. 2:90-cv-0369-PHX-GMS |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that D. Andrew Gaona and Austin C. Yost of Coppersmith Brockelman PLC enter their appearance in this matter as counsel of record for Aden Ramirez, candidate for the at-large seat of the Phoenix Union High School District. Service of all correspondence, motions, orders, and other papers should be directed to:

D. Andrew Gaona
Austin C. Yost
Coppersmith Brockelman PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 381-5486
agaona@cblawyers.com
ayost@cblawyers.com

1312933.1

1 | Respectfully submitted this 21st day of October, 2024.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
    D. Andrew Gaona
    Austin C. Yost

*Attorneys for Aden Ramirez*