Case 2:90-cv-00369-GMS   Document 129   Filed 10/21/24   Page 1 of 1



Perkins Coie LLP
2525 East Camelback Road
Suite 500
Phoenix, AZ 85016

T. +1.602.351.8000
F. +1.602.648.7000
perkinscoie.com

October 21, 2024

Paul F. Eckstein
PEckstein@perkinscoie.com
D. +1.602.351.8222
F. +1.602.648.7122

**VIA ECF AND EMAIL [snow_chambers@azd.uscourts.gov]**

The Honorable G. Murray Snow
Chief Judge for the United States District Court
 For the District of Arizona
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington Street, SPC 80
Phoenix, AZ 85003-2161

Re:   **Bencomo et al v. Phoenix Union High School District No. 210 et al, No. 2:90-cv-00369-GMS**

Dear Judge Snow:

I am co-counel with Danny Ortega for the plaintiffs in the above-referenced action.

Over the weekend, I was hospitalized in California with a serious health issue. I am now back in Phoenix, but have been told by my physicians that I should not participate in any matters for several weeks. Accordingly, I will not be at Wednesday's hearing. Mr. Ortega is fully authorized to speak on behalf of the plaintiffs.

Respectfully,

Paul F. Eckstein

PFE:sjl

Copies to:  Andrew George Pappas, apappas@omlaw.com; Daniel R Ortega , Jr., danny@ortegalaw.com; Dean M Wolcott, dmwolcott@cox.net; Emily Mae Craiger, emily@theburgesslawgroup.com; Hayleigh Susan Crawford, hayleigh.crawford@azag.gov; John James Egbert, johnegbert@jsslaw.com; Joseph Eugene LaRue, laruej@mcao.maricopa.gov; Lynne Christensen Adams, ladams@omlaw.com; Andy Gaona, AGaona@cblawyers.com

169634141.1