D. Andrew Gaona (028414)
Austin C. Yost (034602)
Kelleen Mull (036517)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5486
agaona@cblawyers.com
ayost@cblawyers.com
kmull@cblawyers.com

*Attorneys for Non-Party Aden Ramirez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, Dr. George Brooks, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega-Rosales, Samuel Peter Ramirez, Fernando Ruiz, Pastor Warren Stewart and Winston Tease,<br><br>Plaintiffs,<br><br>vs.<br><br>Phoenix Union High School District No. 210, et al.,<br><br>Defendants. | No. 2:90-cv-0369-PHX-GMS<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL WITHIN FIRM** |

NOTICE IS HEREBY GIVEN that Kelleen Mull of Coppersmith Brockelman PLC enters her appearance in this matter as additional counsel of record for Aden Ramirez, candidate for the at-large seat of the Phoenix Union High School District. Service of all correspondence, motions, orders, and other papers should be directed to:

1313244.1

Kelleen Mull
Coppersmith Brockelman PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
(602) 381-5489
kmull@cblawyers.com

Respectfully submitted this 23rd day of October, 2024.

**COPPERSMITH BROCKELMAN PLC**

By /s/ Kelleen Mull
D. Andrew Gaona
Austin C. Yost
Kelleen Mull

*Attorneys for Aden Ramirez*