James E. Barton II, 023888
Jacqueline Mendez Soto, 022597
Daniella Fernandez Lertzman, 037943
**BARTON MENDEZ SOTO PLLC**
401 W. Baseline Road, Suite 205
Tempe, Arizona 85283
480-550-5165
James@bartonmendezsoto.com
Jacqueline@bartonmendezsoto.com
Daniella@bartonmendezsoto.com
*Attorneys for Non-Party Francisco Pastor-Rivera*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al., | Case No.: 2:90-cv-0369-PHX-GMS |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE FOR NON-PARTY FRANCISCO PASTOR - RIVERA** |
| Phoenix Union High School District No. 210, et al., | (Assigned to Hon. G. Murray Snow) |
| Defendants. | |

Phoenix Union High School District at-large candidate seat member, Francisco Pastor-Rivera, through undersigned counsel, hereby files this Notice of Appearance. All further correspondence, notices and copies of pleadings, papers, and other materials relevant to this action should be directed to and served to:

James E. Barton II
Jacqueline Mendez Soto
Daniella Fernandez Lertzman
BARTON MENDEZ SOTO PLLC

401 West Baseline Road, Suite 205
Tempe, Arizona 85283
(480) 550-5165
James@BartonMendezSoto.com
Jacqueline@BartonMendezSoto.com
Daniella@BartonMendezSoto.com

RESPECTFULLY submitted this 23rd day of October 2024.

**BARTON MENDEZ SOTO PLLC**

By: *James E. Barton II*
James E. Barton, II
Jacqueline Mendez Soto
Daniella Fernandez Lertzman
*Attorneys for Non-Party Francisco Pastor-Rivera*

**Notice of Electronic Filing and Certificate of Service**

I certify that I electronically filed the foregoing with the Clerk of the Court on October 23, 2024, for filing and uploading to the CM/ECF system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

*s/ Rosa Torres*
Rosa Torres, Paralegal