Roy Herrera (032901)
Daniel A. Arellano (032304)
Austin T. Marshall (036582)
**HERRERA ARELLANO LLP**
1001 North Central Avenue, Suite 404
Phoenix, Arizona 85004
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com
Telephone: (602) 567-4820

*Attorneys for Non-Party Aaron Marquez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Julieta Bencomo, et al., | No. 2:90-cv-0369-PHX-GMS |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| Phoenix Union High School District No. 210, et al., | (Assigned to the Hon. G. Murray Snow) |
| Defendants. | |

Notice is hereby given that Roy Herrera, Daniel A. Arellano, and Austin T. Marshall of Herrera Arellano LLP are appearing as counsel of record for Non-Party Aaron Marquez, who is a candidate for an at-large seat on the Phoenix Union High School District. Service of all correspondence, motions, orders, and other papers should be directed to:

Roy Herrera
Daniel A. Arellano
Austin T. Marshall
**HERRERA ARELLANO LLP**
1001 North Central Avenue, Suite 404
Phoenix, Arizona 85004
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com

Respectfully submitted this 24th day of October, 2024.

**HERRERA ARELLANO LLP**

By: */s/ Austin T. Marshall*
    Roy Herrera
    Daniel A. Arellano
    Austin T. Marshall
    1001 North Central Avenue, Suite 404
    Phoenix, Arizona 85004

    *Attorneys for Non-Party Aaron Marquez*

## **CERTIFICATE OF SERVICE**

On this day, October 24, 2024, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon all counsel of record.

*/s/ Austin T. Marshall*