```
1  Thomas Connelly, PLC
   Thomas M. Connelly (SBN- 012987)
2  8686 E. San Alberto, Suite 200
   Scottsdale, Arizona 85258
3  (602) 957-1993
   TConnelly2425@aol.com
4
   Attorney for Debra Cross
5
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, Dr. George Brooks, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega-Rosales, Samuel Peter Ramirez, Fernando Ruiz, Pastor Warren Stewart and Winston Tease,<br><br>Plaintiff,<br><br>vs.<br><br>Phoenix Union High School District No. 210, Judith Pettit, Mary Price, David Wood, Linda LaFoy and Scott Butler, III, in their official capacities as members of the Governing Board of Phoenix Union High School District No. 210, Sandra E. Dowling, in her official capacity as Maricopa County School Superintendent, Maricopa County, Maricopa County Board of Supervisors, and Betsey Bayless, Jim Bruner, Carole Carpenter, Tom Freestone and Ed Pastor, in their official capacities as members of the Maricopa County Board of Supervisors,<br><br>Defendants.<br>_____ | No: 90-CV-00369-PHX-GMS<br><br>NOTICE OF APPEARANCE |

Attorney, Thomas Connelly hereby enters his Notice of Appearance on behalf of Petitioner Debra Cross.

Respectfully submitted this 24th day of October, 2024.

THOMAS CONNELLY, PLC

    s/ *Thomas M. Connelly*
Thomas M. Connelly
Attorney for Debra Cross/Petitioner

Certificate Of Service

I, Thomas Connelly, hereby certify that on October 24, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served a copy by email on Plaintiffs' counsel, with a courtesy copy to the Honorable Danielle Viola, as follows.

Honorable G. Murray Snow
Chief United States District Judge
Snow_chambers@azd.uscourts.gov

Paul F. Eckstein
Perkins Coie
2525 E. Camelback Road, Ste. 500
Phoenix, Arizona 85016-4227
peckstein@perkinscoie.com

Daniel Ortega
Ortega Law Firm
361 E. Coranado Road, Ste. 101
Phoenix, Arizona 85004
danny@ortegalaw.com

*Counsel for Plaintiffs*

Andrew Pappas
Osborn Maledon
2929 N. Central Ave., Ste. 2000
Phoenix, Arizona 85012
apappas@omlaw.com
*Counsel for Phoenix Union High School District No. 210*

By: *s/Thomas M. Connelly*

– 2 –