# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al., | No. CV-90-00369-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | |

The Court held a hearing on October 24, 2024 in response to Defendant Maricopa County's Motion for Hearing or Conference (Doc. 121). This was the second hearing on the matter.

At the hearing, all four existing candidates in the election for the Phoenix Union High School District Governing Board were represented by counsel. None of the candidates object to being joined as plaintiffs in this lawsuit, pursuant to Fed. R. Civ. P. 19, for the unique purpose of determining the appropriate remedy for Maricopa County's violation of the Amended Consent Decree.

The Original Consent Decree was submitted to the Department of Justice for its approval and pre-clearance subject to section 5, with the parties agreeing that in the absence of such preclearance they were nevertheless bound by section 2. (Doc. 111 at 15). Given the Department's previous interest in this lawsuit, the stipulated applicability of the VRA, and the demographic changes in the High School District and voting rights at issue,

1 Maricopa County shall inform the United States Department of Justice of this matter and
2 provide the Department copies of the Amended Consent Decree (Doc. 111), the current
3 demographic data of the District (Doc. 127-1), and the docket entries filed in this matter
4 since October of this year, so the Department can seek to intervene if it wishes to do so.

5 Finally, the Court enjoins any canvass in only the election for the at-large seats on
6 the Phoenix Union High School District Governing Board in the election concluding on
7 November 5, 2024. It does not enjoin the counting of the vote, which Maricopa County
8 ensures will occur in any event.

9 The Court further sets forth the following briefing schedule at which the parties shall
10 brief (1) their preferred remedy in this matter and (2) if the remedy ends up being a special
11 election, any arguments about necessary procedures in the conduct of the election and their
12 position about district governance pending the election.

- Briefs and/or requests for hearing by those wanting to file proposed remedies by Tuesday, November 26.
- Defendants' responses due Tuesday, December 3.

**IT IS HEREBY ORDERED** Aden Ramirez, Francisco Pastor-Rivera, Aaron Marquez, and Debra Cross are joined as plaintiffs to this lawsuit.

**IT IS FURTHER ORDERED** Maricopa County shall ensure the United States Department of Justice is served with and informed of this matter and provide copies of the Amended Consent Decree (Doc. 111), demographic data (Doc. 127-1), and all matters on the docket filed since October of this year.

**IT IS FURTHER ORDERED** the parties shall brief the matters set forth above pursuant to the following briefing schedule: (1) briefs and/or requests for hearing by those wanting to file proposed remedies by **Tuesday, November 26, 2024**, and (2) Defendants' responses due **Tuesday, December 3, 2024**.

**IT IS FURTHER ORDERED** enjoining any canvass for the two at-large seats on the Phoenix Union High School District Governing Board that are included in the November 5, 2024 election.

**IT IS FURTHER ORDERED** all reasonable attorneys' fees incurred by Daniel Ortega Jr., representing the original Plaintiffs, and arising in the district court proceeding from this matter shall be paid and/or reimbursed by Maricopa County.

Dated this 25th day of October, 2024.

_____
G. Murray Snow
Senior United States District Judge