| | |
|---|---|
| KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| R. TAMAR HAGLER (CA Bar No. 189441)<br>JOHN A. RUSS IV (CA Bar No. 192471)<br>HOLLY F.B. BERLIN (IL Bar No. 6329447)<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 | BILL C. SOLOMON<br>Assistant U.S. Attorney<br>AZ Bar No. 020012<br>Two Renaissance Square<br>40 N. Central Ave., Ste. 1800<br>Telephone: (602) 514-7500<br>Fax: (602) 514-7760<br>william.solomon@usdoj.gov |
| Telephone: (800) 253-3931<br>Fax: (202) 307-3961<br>Email: john.russ@usdoj.gov<br>holly.berlin@usdoj.gov | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bencomo, et al.,<br>　　　　Plaintiffs,<br>　v.<br>Phoenix Union High School District No. 210, et al.,<br>　　　　Defendants. | No. CV-90-00369-PHX-GMS<br><br>**Notice as to Intervention** |

## STATEMENT OF THE UNITED STATES

The Court has ordered Maricopa County to provide materials to the Department of Justice so that the Department can consider whether to move to intervene. The County has

complied with the Court's directive. After consideration, the Department declines to intervene or to recommend any particular remedy.

REPECTFULLY SUBMITTED this 26th day of November, 2024.

| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| <u>/s/Bill C. Solomon</u><br>BILL C. SOLOMON<br>Assistant U.S. Attorney<br>Arizona State Bar No. 020012<br>Two Renaissance Square<br>40 North Central Avenue, Suite 1800<br>Phoenix, Arizona 85004-4449<br>Telephone: (602) 514-7500<br>Fax: (602) 514-7760<br>william.solomon@usdoj.gov | <u>/s/ Holly F.B. Berlin</u><br>R. TAMAR HAGLER<br>JOHN A. RUSS IV<br>HOLLY F.B. BERLIN<br>Illinois State Bar No. 6329447<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>(800) 253-3931<br>john.russ@usdoj.gov<br>holly.berlin@usdoj.gov<br>*Attorneys for the United States* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, which sends notice to counsel of record.

*/s/Mary Finlon*
United States Attorney's Office