Daniel R. Ortega, Jr., SBN: 005015
ORTEGA LAW FIRM, P.C.
361 East Coronado Road, Suite 101
Phoenix, Arizona  85004-1525
Phone:  (602) 386-4455
Fax: (602) 386-4480
*danny@ortegalaw.com*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Bencomo, et al., | Case No: 2:90-CV-00369-GMS |
| Plaintiffs, | |
| v. | **NOTICE OF POSITION BY PLAINTIFFS** |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | |

Pursuant to the court's October 25, 2024, Order (Doc. 136), the surviving Plaintiffs, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega Rosales, Fernando Ruiz, and Pastor Warren Stewart, by and through undersigned counsel submit their position statement regarding the identification of a preferred remedy. After consideration, the Plaintiffs do not offer any remedy.

Instead, the Plaintiffs urge the Court to continue the enforcement of the Amended Consent Decree (Doc. 111). The Consent Decree addressed the historic disenfranchisement of racial minorities and has, after thirty years, progressed in the election of a diverse and representative Phoenix Union High School Board. The Consent Decree has had positive results and will ensure the progress that has been achieved.

DATED this 26th day of November, 2024.

**ORTEGA LAW FIRM, P.C.**

By: */s/Daniel R. Ortega, Jr.*
Daniel R. Ortega, Jr.
361 East Coronado Road, Ste. 101
Phoenix, Arizona 85004-1525
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a copy of the same document to be served on all parties who have appeared and are registered users of the CM/ECF System.

*/s/Karina Monzon*

2