1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9  Julieta Bencomo, et al.,

10              Plaintiffs,

11  v.

12  Phoenix Union High School District No. 210, et al.,

13

14              Defendants.

No. CV-90-00369-PHX-GMS

**ORDER**

15

16      Before the Court is Plaintiff Deborah Cross's Motion to Accept Late Filing of

17  Plaintiff Deborah Cross's Position Regarding Appropriate Remedy for Invalid Election.

18  (Doc. 146).  The Court grants this Motion.

19      Additionally, to assist the Court in considering the requests of the various parties,

20  Maricopa County shall, in its Response, brief (1) law governing special elections, (2) what

21  will be required of the County to run a special election, and (3) what will be required of

22  the candidates to participate in a special election.  The Court extends Defendant Maricopa

23  County's Response deadline to Friday, December 6, 2024.

24      **IT IS ORDERED** granting the Motion to Accept Late Filing of Plaintiff Deborah

25  Cross's Position Regarding Appropriate Remedy for Invalid Election  (Doc. 146).

26  / / /

27  / / /

28  / / /

**IT IS FURTHER ORDERED** Defendant Maricopa County shall brief the matters set forth above by **Friday, December 6, 2024**.

Dated this 3rd day of December, 2024.

G. Murray Snow
Senior United States District Judge