Lynne C. Adams, 011367
Andrew G. Pappas, 034432
OSBORN MALEDON, P.A.
2929 N. Central Avenue, 20th Floor
Phoenix, Arizona 85012
(602) 640-9000
ladams@omlaw.com
apappas@omlaw.com

*Attorneys for Defendants*
*Phoenix Union High School District No. 210 and the*
*Phoenix Union High School District Governing Board*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al., | No. CV 90-0369-PHX |
| Plaintiffs, | |
| vs. | **PHOENIX UNION DEFENDANTS' RESPONSE BRIEF** |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | (Assigned to the Hon. G. Murray Snow) |

Defendants Phoenix Union High School District No. 210 (the "District") and the members of its governing board in their official capacities (collectively, the "Phoenix Union Defendants") respectfully submit this response pursuant to the Court's October 25, 2024 Order (Doc. 136).

The Phoenix Union Defendants take no position regarding the appropriate remedy in this matter. They will abide by whatever remedy the Court orders, and only need certainty and clarity about what that remedy is. To the extent it affects the Court's decision in this matter, the Phoenix Union Defendants also note that because of the necessary training to serve on a public board and oversee a large school district, temporary or short-term board members may not be conducive to smooth and efficient District operations.

The Phoenix Union Defendants also request that Maricopa County be ordered to bear the Phoenix Union Defendants' reasonable attorneys' fees in this matter. The Court previously ordered that Maricopa County pay or reimburse (1) "all reasonable attorneys' fees incurred by Daniel Ortega Jr., representing the original plaintiffs, and arising from the district court proceedings in this matter" (Doc. 136 at 2), and (2) "[a]ll reasonable attorneys' fees incurred by the candidates and arising in the district court proceeding from this matter" (Doc. 126 at 1). Like the original plaintiffs and the candidates, the Phoenix Union Defendants bear no responsibility for the mistake that resulted in the current district court proceedings. The District's limited resources should be spent on student achievement, not litigation. For these reasons, the Phoenix Union Defendants respectfully request that Maricopa County pay the reasonable attorneys' fees they incur in these proceedings as well, including reimbursing them for their attorneys' fees incurred to date.

Finally, the Phoenix Union Defendants reiterate that if the Court orders a special election as the remedy, the District should not be required to bear any of the cost of that election.

DATED this 3rd day of December, 2024.

OSBORN MALEDON, P.A.

By s/ Andrew G. Pappas
Lynne C. Adams
Andrew G. Pappas
2929 N. Central Avenue, 20th Floor
Phoenix, Arizona  85012

*Attorneys for the Phoenix Union Defendants*

10633175

2