D. Andrew Gaona (028414)
Austin C. Yost (034602)
Kelleen Mull (036517)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5486
agaona@cblawyers.com
ayost@cblawyers.com
kmull@cblawyers.com

*Attorneys for Plaintiff Aden Ramirez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, Dr. George Brooks, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega-Rosales, Samuel Peter Ramirez, Fernando Ruiz, Pastor Warren Stewart and Winston Tease, <br><br> Plaintiffs, <br><br> vs. <br><br> Phoenix Union High School District No. 210, et al., <br><br> Defendants. | No. 2:90-cv-0369-PHX-GMS <br><br> **NOTICE REGARDING CANDIDACY OF PLAINTIFF ADEN RAMIREZ** |

On December 12, 2024, this Court (1) permanently enjoined a canvass of the November 5, 2024 election for the two at-large members of the Phoenix Union High School District Governing Board, (2) ordered the County to conduct a special election on March 11, 2025, and (3) further ordered that "the four candidates who qualified for the general election . . . are the candidates for the special election." [Dkt. 151 at 7] As the Court will recall, Plaintiff Aden Ramirez opposed this relief. [Dkt. 144]

Due to new professional considerations, Mr. Ramirez provides notice that he no longer wishes to stand for election to the Phoenix Union High School District Governing Board and

intends to withdraw from that race. Undersigned counsel spoke yesterday with the County's counsel to obtain the necessary withdrawal paperwork, which Mr. Ramirez will promptly execute once in hand. And if this new development requires any modification of the Court's December 12, 2024 order [Dkt. 151], Mr. Ramirez has no objection.

Respectfully submitted this 20th day of December, 2024.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
    D. Andrew Gaona
    Austin C. Yost
    Kelleen Mull

*Attorney for Plaintiff Aden Ramirez*