# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al., | No. CV-90-00369-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff Aden Ramirez's Notice Regarding Candidacy (Doc. 152) providing notice that he no longer wishes to stand for election to the Phoenix Union High School District Governing Board and intends to withdraw from that race.

The Court sees no reason to modify the Court's December 12, 2024 Order (Doc. 151) in light of the withdrawal unless any party files a timely objection no later than **January 7, 2025**.

Dated this 27th day of December, 2024.

_____
G. Murray Snow
Senior United States District Judge