RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:  Thomas P. Liddy (Bar No. 019384)
     Joseph E. La Rue (Bar No.031348)
     Rosa Aguilar (Bar No. 037774)
     Deputy County Attorneys
     liddyt@mcao.maricopa.gov
     laruej@mcao.maricopa.gov
     aguilarr@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

*Attorneys for Maricopa County Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, Dr. George Brooks, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega-Rosales, Samuel Peter Ramirez, Fernando Ruiz, Pastor Warren Stewart and Winston Tease,<br><br>Plaintiffs,<br><br>vs.<br><br>Phoenix Union High School District No. 210, Judith Pettit, Mary Price, David Wood, Linda LaFoy and Scot Butler, III, in their official capacities as members of the Governing Board of Phoenix Union High School District No. 210, Sandra E. Dowling, in her official capacity as Maricopa County School Superintendent, Maricopa County, Maricopa County Board Of Supervisors, and Betsey Bayless, Jim Bruner, Carole Carpenter, Tom Freestone and Ed Pastor, in their official capacities as members of the Maricopa County Board of Supervisors,<br><br>Defendants. | No. CV-90-0369-PHX-GMS<br><br>**MARICOPA COUNTY DEFENDANTS' MOTION FOR RELIEF FROM ORDER**<br><br><u>**EXPEDITED CONSIDERATION REQUESTED**</u> |

# **MOTION**

Pursuant to Rules 7 and 60, Federal Rules of Civil Procedure, the Maricopa County Defendants move this Court for relief from the portion of its Order, dated December 12, 2024, Doc. 151, which "ordered Maricopa County [to] hold an all-mail, special election for the at-large seats on the Phoenix Union High School District Governing Board on March 11, 2025." [Doc. 151 at 7.] The special election has been rendered unnecessary because of the withdrawal of two of the four candidates, leaving only two candidates, Francisco Pastor-Rivera and Aaron Marquez, for the two at-large seats. [*See* Exhibits 1 and 2.]

The Maricopa County Defendants seek relief ***only*** from that portion of Doc. 151 that ordered the Special Election. They do ***not*** seek relief from the portion of Doc. 151 and other Orders that ordered the County to pay the other parties' reasonable attorney fees.

Accordingly, the Maricopa County Defendants ask this Court to order that Francisco Pastor-Rivera and Aaron Marquez are the winners of the two at-large seats on the Phoenix Union High School District Governing Board that were contested in the 2024 general election, and that the County is relieved from the Court's earlier Order to hold a special election. A proposed Order is included to that effect.

The Maricopa County Defendants notified counsel for all parties (including the four candidates) of their intention to file this Motion and all counsel responded that they did not object to the motion or the proposed relief sought. Because the Maricopa County Defendants will begin incurring costs associated with conducting a special election if relief is not granted by January 16, 2025, and UOCAVA ballots must be mailed on January 25, 2025, absent relief, expedited consideration is requested.

RESPECTFULLY SUBMITTED this 6th day of January, 2025.

                                                         RACHEL H. MITCHELL
                                                        MARICOPA COUNTY ATTORNEY

BY: */s/Joseph E. La Rue*
       THOMAS P. LIDDY
       JOSEPH E. LA RUE
       ROSA AGUILAR
       Deputy County Attorneys
       *Attorneys for the Maricopa County Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 6, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and service on all counsel of record in this matter.

*/s/M. Delgado*