D. Andrew Gaona (028414)
Austin C. Yost (034602)
Kelleen Mull (036517)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5486
agaona@cblawyers.com
ayost@cblawyers.com
kmull@cblawyers.com

*Attorneys for Plaintiff Aden Ramirez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, Dr. George Brooks, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega-Rosales, Samuel Peter Ramirez, Fernando Ruiz, Pastor Warren Stewart and Winston Tease,<br><br>Plaintiffs,<br><br>vs.<br><br>Phoenix Union High School District No. 210, et al.,<br><br>Defendants. | No. 2:90-cv-0369-PHX-GMS<br><br>**RESPONSE OF PLAINTIFF ADEN RAMIREZ RE MARICOPA COUNTY'S MOTION FOR RELIEF FROM ORDER** |

Plaintiff Aden Ramirez does not object to the relief sought in Defendant Maricopa County's Motion for Relief from Order [Doc. 154].

Respectfully submitted this 8th day of January, 2025.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
      D. Andrew Gaona
      Austin C. Yost
      Kelleen Mull

*Attorney for Plaintiff Aden Ramirez*