James E. Barton II, 023888
Jacqueline Mendez Soto, 022597
Daniella Fernandez Lertzman, 037943
**BARTON MENDEZ SOTO PLLC**
401 W. Baseline Road, Suite 205
Tempe, Arizona 85283
480-550-5165
James@bartonmendezsoto.com
Jacqueline@bartonmendezsoto.com
Daniella@bartonmendezsoto.com
*Attorneys for Francisco Pastor-Rivera*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>Phoenix Union High School District No. 210, et al.,<br><br>　　　　Defendants. | Case No.: 2:90-cv-0369-PHX-GMS<br><br>**CANDIDATE PASTOR-RIVERA'S RESPONSE TO DEFENDANT MARICOPA COUNTY'S MOTION FOR RELIEF FROM ORDER**<br><br>(Assigned to Hon. G. Murray Snow) |

Candidate Pastor-Rivera has no objection to Defendant Maricopa County's Motion and agrees that the order directing the special election should be vacated and the November election should be canvassed and the winners seated.

/ / /

/ / /

/ / /

RESPECTFULLY submitted this 8th day of January 2025.

**BARTON MENDEZ SOTO PLLC**

By: /s/ James E. Barton II
James E. Barton, II
Jacqueline Mendez Soto
Daniella Fernandez Lertzman
*Attorneys for Francisco Pastor-Rivera*

**Notice of Electronic Filing and Certificate of Service**

I certify that I electronically filed the foregoing with the Clerk of the Court on January 8, 2025, for filing and uploading to the CM/ECF system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

*s/ Rosa Torres*
Rosa Torres, Paralegal