Roy Herrera (032901)
Daniel A. Arellano (032304)
Austin T. Marshall (036582)
**HERRERA ARELLANO LLP**
1001 North Central Avenue, Suite 404
Phoenix, Arizona 85004
roy@ha-firm.com
daniel@ha-firm.com
austin@ha-firm.com
Telephone: (602) 567-4820

*Counsel for Plaintiff Aaron Marquez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Julieta Bencomo, et al., | No. 2:90-cv-0369-PHX-GMS |
| Plaintiffs, | |
| v. | **AARON MARQUEZ'S RESPONSE RE MARICOPA COUNTY DEFENDANTS' MOTION FOR RELIEF FROM ORDER** |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | (Assigned to the Hon. G. Murray Snow) |

Plaintiff Aaron Marquez does not object to the Maricopa County Defendants' Motion for Relief. The Court should vacate its order setting the special election and direct the Maricopa County Defendants to seat Mr. Marquez and Mr. Pastor-Rivera.

1  Respectfully submitted this 9th day of January, 2025.

**HERRERA ARELLANO LLP**

By: */s/ Austin T. Marshall*
    Roy Herrera
    Daniel A. Arellano
    Austin T. Marshall
    1001 North Central Avenue, Suite 404
    Phoenix, Arizona 85004

*Counsel for Plaintiff Aaron Marquez*

# **CERTIFICATE OF SERVICE**

On this day, January 9, 2025, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon all counsel of record.

*/s/ Austin T. Marshall*