Thomas Connelly, PLC
Thomas M. Connelly (SBN- 012987)
8686 E. San Alberto, Suite 200
Scottsdale, Arizona 85258
(602) 957-1993
TConnelly2425@aol.com

*Attorney for Plaintiff Deborah L. Cross*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, Dr. George Brooks, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega-Rosales, Samuel Peter Ramirez, Fernando Ruiz, Pastor Warren Stewart and Winston Tease, et al.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Phoenix Union High School District No. 210, Judith Pettit, Mary Price, David Wood, Linda LaFoy and Scott Butler, III, in their official capacities as members of the Governing Board of Phoenix Union High School District No. 210, Sandra E. Dowling, in her official capacity as Maricopa County School Superintendent, Maricopa County, Maricopa County Board of Supervisors, and Betsey Bayless, Jim Bruner, Carole Carpenter, Tom Freestone and Ed Pastor, in their official capacities as members of the Maricopa County Board of Supervisors,<br>　　　　　　Defendants. | No: 90-CV-00369-PHX-GMS<br><br>**RESPONSE OF PLAINTIFF DEBORAH CROSS RE MARICOPA COUNTY'S MOTION FOR RELIEF FROM ORDER** |

_____

Plaintiff Deborah Cross does not object to the relief sought in Defendant's Maricopa County's Motion for Relief from Order [Doc. 154].

1   Respectfully submitted this 9th day of January, 2025.

2                                     THOMAS CONNELLY, PLC

3                                By: */s/ Thomas Connelly*
                                  Thomas Connelly

4                                     *Attorney for Plaintiff Deborah Cross*

5   **Notice of Electronic Filing and Certificate of Service**

6       I, Thomas Connelly, hereby certify that on January 9, 2025, I caused the foregoing

7   document to be electronically transmitted to the Clerk's Office using the CM/ECF

8   System for filing and transmittal of a copy of the same document to be served on all

9   parties who have appeared and are registered users of the CM/ECF System and to the

10  Court.

11
12  By: */s/Thomas Connelly*
     Thomas Connelly, Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                – 2 –
27

28