Daniel R. Ortega, Jr., SBN: 005015
ORTEGA LAW FIRM, P.C.
361 East Coronado Road, Suite 101
Phoenix, Arizona 85004-1525
Phone: (602) 386-4455
Fax: (602) 386-4480
danny@ortegalaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Bencomo, et al.,<br><br>   Plaintiffs,<br>v.<br><br>Phoenix Union High School District No. 210, et al.,<br><br>   Defendants. | Case No: 2:90-CV-00369-GMS<br><br>**PLAINTIFFS RESPONSE TO DEFENDANT MARICOPA COUNTY'S MOTION FOR RELIEF FROM ORDER** |

Pursuant to the court's January 8, 2025, Order [Doc. 156], the surviving Plaintiffs, Sandra Kennedy, Joe Eddie Lopez, Hilda Ortega Rosales, Fernando Ruiz, and Pastor Warren Stewart, by and through undersigned counsel, do not object to the Maricopa County Defendants' Motion for Relief from Order [Doc. 154].

DATED this 9th day of January, 2025.

**ORTEGA LAW FIRM, P.C.**

By: */s/Daniel R. Ortega, Jr.*
Daniel R. Ortega, Jr.
361 East Coronado Road, Ste. 101
Phoenix, Arizona 85004-1525
*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a copy of the same document to be served on all parties who have appeared and are registered users of the CM/ECF System.

/s/Karina Monzon

ORTEGA LAW FIRM, P.C.
361 East Coronado Road, Suite 101
Phoenix, Arizona 85004-1525
Phone: (602) 386-4455
Fax: (602) 386-4480

2