# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julieta Bencomo, et al., | No. CV-90-00369-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Phoenix Union High School District No. 210, et al., | |
| Defendants. | |

Before the Court is Defendant Maricopa County's Motion for Relief from the Court's Order that it hold a special election for the two at-large members of the Phoenix Union High School District Governing Board on March 11, 2025. (Doc. 154).

The Court enjoined a canvass of the November 5, 2024 election for the two at-large seats and ordered that four candidates—Francisco Pastor-Rivera, Aaron Marquez, Aden Ramirez, and Deborah Cross—be the only candidates to stand for election in the ordered special election. (Doc. 151 at 7). However, Aden Ramirez and Deborah Cross have withdrawn as candidates, obviating the need for the special election. The Court's order requiring the County to pay the reasonable legal fees of the parties remains in place.

**IT IS ORDERED** that Francisco Pastor-Rivera and Aaron Marquez are the winners of the two at-large seats on the Phoenix Union High School District Governing Board.

/ / /

/ / /

**IT IS FURTHER ORDERED** that the County is relieved from the Court's Order to hold a special election.

Dated this 10th day of January, 2025.

_____
G. Murray Snow
Senior United States District Judge